```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABEL VERA and OSVLADO CASTRO MINAYA, individually and on behalf of others similarly situated,

                                Plaintiffs,

       -against-

HK KITCHEN CORP.,

                                Defendant.

20-CV-8204 (PAE) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In or around June 17, 2021, this case was closed after approving the parties' proposed settlement agreement. (ECF No. 26.) Thereafter, Plaintiffs made an application for restoration because the Defendant did not execute the settlement agreement. The Court granted this application and set a conference for August 17, 2021 at 12:00 pm. (ECF No. 28.)

       The Court is now in receipt of Plaintiff's letter, dated August 2, 2021, noting that the Defendant has complied with the terms of the settlement agreement and withdraws their application for restoration of this action. (ECF No. 29.)

       Since the case is terminated and Plaintiff withdraws his application for restoration, the conference scheduled for Tuesday, August 17, 2021 at 12:00 p.m. is adjourned.

Dated: New York, New York
          August 3, 2021

                                                  SO ORDERED

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge